1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ALLEN KINNEY,

                           Plaintiff,

     v.

GRAYS HARBOR COUNTY SUPERIOR
COURT, et al.,

                           Defendant.

CASE NO. 3:24-cv-05396-JHC-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

     Having reviewed the Report and Recommendation (R&R) of the Honorable Brian A.

Tsuchida, United States Magistrate Judge, Dkt. # 5, and the remaining record, the Court

ORDERS:

     (1)     Plaintiff has not filed an objection to the R&R.  The Court's agrees with the

analysis in the R&R.  Because Plaintiff has incurred three "strikes" under the Prison Litigation

Reform Act, he is barred from proceeding *in forma pauperis* unless he shows he was "under

imminent danger of serious physical injury" at the time he signed his complaint.  *See* 28 U.S.C. §

1915(g).  And he does not make such a showing.  Thus, the Court ADOPTS the R&R.

1     (2)     The Clerk is directed to close this case and to dismiss it without prejudice and
2   strike all other pending proposed motions (Dkts. 4-2, 4-3, 4-4) as moot if Plaintiff fails to pay the
3   filing fee within 14 days of this order.

4     (3)     The Clerk is directed to send copies of this Order to the parties and to Judge
5   Tsuchida.

6     Dated this 28th day of June, 2024.

 

 

                            JOHN H. CHUN
                            United States District Judge